IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Appeal No. 16-3794 |
| | ) | |
| FREDERICK BANKS, | ) | |

**JOINT MOTION TO STAY APPEAL**

The parties, by their undersigned counsel, jointly move the Court to stay this appeal pending the resolution of the criminal case pending in the court below. In support of this motion, counsel for the parties submit the following:

1. This appeal arises out of a criminal case that is pending in the U.S. District Court for the Western District of Pennsylvania. *United States v. Banks,* 2:15-cr-168 (W.D. Pa.) (Hornak, D.J.).

2. The District Court has conducted three evidentiary hearing on the issue of whether Defendant/Appellant Banks is competent to stand trial and/or to terminate his court-appointed counsel and represent himself or to represent himself with stand-by counsel.

3. The District Court has actively managed the case and, after initially determining that Defendant was not competent, the District Court is nearing a decision on whether, after a period of observation and attempted treatment, Banks has been restored to competency.

1

4. Both counsel for defendant and the United States are in agreement that Defendant remains incompetent but the District Court has not issued its final decision on that issue. Additionally, the District Court has not yet addressed the possibility that, although Defendant is not competent to represent himself, he may be competent to stand trial.

5. Counsel for Banks has considered filing a motion to withdraw together with an *Anders* brief as contemplated under Third Circuit Rule 109. However, counsel does not seek to withdraw at this time and instead seeks to represent the interests of the Defendant who has been determined (at least preliminarily) to be incompetent to represent himself.

6. In this posture, counsel for the parties are in agreement that this Appeal should be stayed pending the resolution of the proceedings in the District Court.

WHEREFORE, counsel for Defendant Banks and the United States respectfully move the Court to issue an order staying this appeal.

Respectfully submitted,

May 28, 2017

s/Adrian N. Roe
Pa. Bar No. 61391
428 Boulevard of the Allies
Fifth Floor
Pittsburgh, PA  15219
412-434-8187
aroe@roelawoffice.com

                                      <u>s/Donovan Cocas</u>
                                      Assistant United States Attorney
Office of the United States
 Attorney
Western District of
Pennsylvania
United States Courthouse
700 Grant Street
Pittsburgh, PA 152219
412-644-3500

## CERTIFICATE OF SERVICE

I certify that, on this 26thth day of March 2017, I caused the foregoing Joint Motion to Stay to be served electronically on counsel of record and by first class mail on the following:

Frederick Banks
120759, 2F/05711068
Northeast Ohio Correctional Center
Hubbard, Ohio

s/Adrian N. Roe